## COFFMAN v. FORD.

1. **Practice**: PLEADING: GARNISHMENT. Where a single pleading was filed controverting the answers of two garnishees, and on motion one of the garnishees was dismissed therefrom as improperly joined therein with his co-garnishee, it was held that the plaintiff was entitled to file a further pleading taking issue upon the answer of such garnishee.

*Appeal from Harrison Circuit Court.*

THURSDAY, JUNE 9.

ON the second day of January, 1880, the plaintiff commenced an action against Jacob Minton, and attached A. W. Ford and George L. Bacon as garnishees. At the March term, 1880, the garnishees failed to appear, and the cause was continued to the October term. On the 26th day of October the cause came on for hearing, and judgment was rendered against Minton for $393.43. The garnishees came into court

on the 26th day of October, and each answered orally, deny-
ing any indebtedness to the defendant Minton, and denying
that he had any property in his hands belonging to Min-
ton.   The plaintiff thereupon asked and obtained permis-
sion to file a pleading on the 29th day of October, taking
issue upon the answers of the garnishees.   On the 29th
day of October the plaintiff filed a reply taking issue in
the same paper upon the answers of both Ford and Bacon,
and asking judgment against them for the amount of the
judgment against Minton.   On the 30th day of October A.
W. Ford filed a motion that he be dismissed as a party de-
fendant from the pleadings of plaintiff controverting the an-
swer of his co-garnishee, defendant George S. Bacon, upon
the ground that the defendant Ford was improperly joined as
a party with the defendant George S. Bacon.   On the 4th
day of November the court sustained the motion, and the
plaintiff excepted.   The plaintiff immediately filed an amended
and substituted pleading controverting the answer of gar-
nishee A. W. Ford, entitling the case John Coffman, plain-
tiff, against A. W. Ford as garnishee, in case of *Coffman v.
Minton*.   Thereupon the garnishee Ford filed a motion to
strike this pleading from the files, as follows:

" 1. The said pleading is improperly on file in this case
against George S. Bacon, as the said defendant Ford has been
dismissed.

" 2. The pleading controverting the answer of A. W. Ford
was not filed within the time allowed by the court to plain-
tiff, to take issue with answer of said garnishee."

The court sustained this motion.   The plaintiff appeals.

*L. R. Bolter*, for the appellant.

*W. S. Shoemaker*, for the appellee.

DAY, J.   Without inquiry as to the correctness of the
ruling sustaining the first motion, we are of opinion that

the court erred in sustaining the motion to strike from the files the substituted pleading. It is urged that this pleading was filed in the case of *Coffman v. Bacon*, from which Ford had already been dismissed. This is but a technical and narrow view of the question. The main action was *Coffman v. Minton*, and the substituted pleading by its caption shows clearly that that is the case in which it was filed. The pleading was filed in the only manner that it could be done under section 2992 of the Code. The first motion of the defendant Ford was not that he be dismissed as a garnishee, but simply that he be dismissed as a party from the pleading of plaintiff controverting the answer of Bacon. The effect of sustaining the motion was simply to leave the answer of Ford without any pleading controverting it. The plaintiff took issue upon the answer of Ford, within the time allowed by order of the court, but took issue in a manner which the court held to be improper. In fixing the time within which the plaintiff should take issue upon the answer of the garnishees the court did not require the plaintiff at his peril to file a pleading unassailable by demurrer or motion. The plaintiff, upon the sustaining of the first motion, had a right to amend. He availed himself of this right at once, and, in striking his amended pleading from the files the court erred.

REVERSED.